IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION


RECEIVED JAN 26 2023
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT OF MISSOURI
JB

Philip-Kevin:Kennedy, I
Raylene-Mae:Kennedy, Mother
Kevin Floyd:Kennedy, Father

(PK) (PK)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____

(to be filled in by the Clerk's Office)

-against-

KARI KRISTIANSEN, dba THE STATE OF ALASKA
NEAL QUITNO, dba THE STATE OF MISSOURI

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☒ No

PLEASE SEE BACK PAGE AS WELL.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Philip-Kevin:Kennedy
Street Address: 16606 Lawrence 1225
City and County: Marionville/Lawrence
State and Zip Code: Missouri [65705]
Telephone Number: (417) 450-2557
E-mail Address: philip.k.kennedy@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: KARI KRISTIANSEN
Job or Title (if known): 'Superior Court Judge'
Street Address:
City and ~~County~~: Palmer/Matanuska-Susitna Borough
State and Zip Code: Alaska
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: NEAL QUITNO
Job or Title (if known): 'State of Missouri Judge'
Street Address:
City and County: Nevada/Vernon

2

see back ↓

Chief Lechner, U.S. Navy
Recruiter
U.S. Navy Recruiting Station, Springfield, Missouri
(Greene County)

State and Zip Code **Missouri**

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☒ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

'Life, Liberty, & The Pursuit of Happiness'
'House Joint Resolution 192' (Public Law, Chapter 48, 48 Stat. 112)
PHILIP KEVIN KENNEDY TRUST©, on Public Record for >30 days with 'The United States Department of State' UNCONTESTED.

☒ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.
SORNA
The United States Navy (Department of Defense)
_____

☒ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* **Philip-Kevin: Kennedy**, is a ~~citizen of the~~ *Free* State **National** ~~of (name)~~ **per Private Trust, I, control.**

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendants *(name)* **KARI KRISTIANSEN (ALASKA) / NEAL QUITNO (MISSOURI)** is incorporated under the laws of the State of *(name)* **ALASKA / ~~MISSOURI~~**, and has its principal place of business in the State of *(name)* **ALASKA / ~~MISSOURI~~**. Or is incorporated under the laws of *(foreign nation)* **?**, and has its principal place of business in *(name)* **?**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

**IN ALASKA, The amount officially in question is $100.00, waived for removing all records bearing the name, PHILIP KEVIN KENNEDY. In Missouri, the amount officially in question is $5,000, waived for removing ALL records bearing the name PHILIP KEVIN KENNEDY.**

III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

  **I was RAPED @ age (8) by my (15) year-old BLOOD MALE COUSIN.**

- What injuries did you suffer?

  **CHRONIC PTSD related only to the occurrence w/ anxiety & depression only related to this as well.**

- Who was involved in what happened to you?

  **Myself, my MALE COUSIN, & his step-brother.**

4

- How were the defendants involved in what happened to you?

  one attempted to anally penetrate me while the other WATCHED.

- Where did the events you have described take place?

  Casper, Wyoming, near Zero Road, on cots, outside w/ no parental supervision.

- When did the events you have described take place?

  ~ 1990-1991

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I just seek for my GOOD NAME, stricken from Public Records (see plethora of Character References Attached), so I may serve this Great Country (comprised of EVERYONE I'll ever have, or have had the opportunity to meet. I DO NOT seek to DAMAGE INFRASTRUCTURE.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes ☐  No ☒

Do you claim actual damages for the acts alleged in your complaint?
Yes ☐  No ☒

Do you claim punitive monetary damages?
Yes ☐  No ☒

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

N/A

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Thursday, January 26, 2023, 20__.

Signature of Plaintiff  *Phillip-Kevin: Kennedy*
Printed Name of Plaintiff  Phillip-Kevin: Kennedy, I

6

I do not seek Civil Reprimands, Court Marshall, nor financial losses or job loss for this man, but I NEED to REPORT a 'Chief Lechner,' with the US Navy Recruiting Station in Springfield, Missouri, for Conduct Unbecoming a Member of the United States Navy. His Subordinate, Petty Officer Kyle Knudson (a good man) gave my Wife & me SPECIFIC INSTRUCTIONS on a matter of my Enlistment Process w/ The US Navy. I tried to get this in writing at the behest of an attorney, and in the course of the conversation, he felt the need to mention 'Blow Jobs.' He knows/knew NOTHING of my Character, the faggotry I've been forced to deal with (since age 8!), nor my accomplishments, nor what I aspire to (see attached). Formally, through the HELP of the U.S. Attorney's Office chain-of-command, I SEEK referral directly to an, Admiral, in the United States Navy. The knowledge & information I possess SHOULD NOT be privy to a lower-level recruiter. Please, see attached document about 'The National Emergency' in this Country, which is information which will greatly help further my goal of becoming a Naval Officer to, serve, my God, Family, Community, & Country. Also, please see PROOF that people in my situation HAVE BEEN allowed to, serve, setting precedent. Also attached is a blank copy of the Enlistment Contract I drafted. I DO NOT SEEK TO DESTROY INFRASTRUCTURE, just covertly, serve, my people & their families.

## About This Form

1. **Not Legal Advice.** This form does not provide legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

2. **No Guarantee.** Following the form does not guarantee that the pleading is legally or factually correct or sufficient.

3. **No Guidance on Timing or Parties.** The form does not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

4. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

5. Except as noted in this form, plaintiff need not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.

6. In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

Revised 3/4/2016 MZ